IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
ADAMS LAND & CATTLE CO.,            )
                                    )
            Plaintiff,              )       8:06CV486
                                    )
      v.                            )
                                    )
THE HARTFORD FIRE INSURANCE         )       ORDER
COMPANY, HARTFORD UNDERWRITERS      )
INSURANCE COMPANY, PROPERTY AND     )
CASUALTY INSURANCE COMPANY OF       )
HARTFORD, HEATH LAMBERT GROUP,      )
LLOYD'S OF LONDON, SOCIETY OF       )
LLOYD'S, CATLIN SYNDICATE LIMITED,  )
DORNOCH LIMITED, WELLINGTON (FIVE)  )
LIMITED, and STEPHEN DALE MATHERS,  )
                                    )
            Defendants.             )
_____)
```

This matter is before the Court on plaintiff's motion to dismiss without prejudice defendants Hartford Underwriters Insurance Company, Property and Casualty Insurance Company of Hartford, Lloyd's of London and Society of Lloyd's (Filing No. 21). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that plaintiff's motion is granted; Hartford Underwriters Insurance Company, Property and Casualty Insurance Company of Hartford, Lloyd's of London and Society of

Lloyd's are dismissed without prejudice, each party to pay their own costs and attorney fees.

DATED this 10th day of August, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court