IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ADAMS LAND & CATTLE CO., | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CV486 |
| | ) | |
| v. | ) | |
| | ) | |
| THE HARTFORD FIRE INSURANCE | ) | ORDER |
| COMPANY, HEATH LAMBERT GROUP, | ) | |
| CATLIN SYNDICATE LIMITED, | ) | |
| DORNOCH LIMITED, WELLINGTON (FIVE) | ) | |
| LIMITED, and STEPHEN DALE MATHERS, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on the stipulation of the parties (Filing No. 72) concerning production of documents and the stipulated protective order (Filing No. 73). The Court finds said stipulations should be approved and adopted. Accordingly,

IT IS ORDERED:

1) The stipulation of the parties concerning production of documents is approved and adopted;

2) The stipulated protective order is approved and adopted.

DATED this 16th day of March, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court