IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ADAMS LAND & CATTLE CO., | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CV486 |
| | ) | |
| v. | ) | |
| | ) | |
| THE HARTFORD FIRE INSURANCE | ) | ORDER |
| COMPANY, HEATH LAMBERT GROUP, | ) | |
| CATLIN SYNDICATE LIMITED, | ) | |
| DORNOCH LIMITED, WELLINGTON (FIVE) | ) | |
| LIMITED, and STEPHEN DALE MATHERS, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on plaintiff's motion for leave to amend case caption and complaint and to dismiss with prejudice defendants Catlin Syndicate Limited, Dornoch Limited, Wellington (Five) Limited, and Stephen Dale Mathers (collectively, "the Lloyds Underwriters") pursuant to Fed. R. Civ. P. 15(a) and 41(a)(2) (Filing No. 68).  The Lloyds Underwriters have reached a settlement with plaintiff and support plaintiff's motion to dismiss; however, the non-settling defendant, The Hartford Fire Insurance Company ("Hartford"), opposes the motion to dismiss.  Having reviewed the motions, the parties' briefs, and the applicable law, the Court finds that the motion should be granted.  The Court finds that Hartford will not be prejudiced by the dismissal of the Lloyds Underwriters. Accordingly,

IT IS ORDERED that plaintiff's motion for leave to amend case caption and complaint and to dismiss with prejudice defendants Catlin Syndicate Limited, Dornoch Limited, Wellington (Five) Limited, and Stephen Dale Mathers is granted.

DATED this 30th day of April, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court