IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ADAMS LAND & CATTLE CO., | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CV486 |
| | ) | |
| v. | ) | |
| | ) | |
| THE HARTFORD FIRE INSURANCE | ) | ORDER |
| COMPANY, HEATH LAMBERT GROUP, | ) | |
| CATLIN SYNDICATE LIMITED, | ) | |
| DORNOCH LIMITED, WELLINGTON (FIVE) | ) | |
| LIMITED, and STEPHEN DALE MATHERS, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on the stipulated protective order (Filing No. 92). The Court finds said stipulated protective order should be approved and adopted. Accordingly,

IT IS ORDERED that stipulated protective order is approved and adopted.

DATED this 1st day of June, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court