IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ADAMS LAND & CATTLE CO., | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CV486 |
| | ) | |
| v. | ) | |
| | ) | |
| THE HARTFORD FIRE INSURANCE COMPANY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion for enlargement of time to file brief in opposition to motion to compel (Filing No. 101).  The Court finds the motion should be granted.  Accordingly,

IT IS ORDERED that said motion is granted; defendant shall have until July 13, 2007, to file its brief and evidence in opposition to plaintiff's motion to compel.

DATED this 29th day of June, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court