IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
ADAMS LAND & CATTLE CO.,           )
                                   )
            Plaintiff,             )         8:06CV486
                                   )
     v.                            )
                                   )
THE HARTFORD FIRE INSURANCE        )         ORDER
COMPANY,                           )
                                   )
            Defendant.             )
_____)
```

This matter is before the Court on the motion to withdraw (Filing No. 117) filed by counsel for former defendants Catlin Syndicate Limited, Dornoch Limited, Wellington (Five) Limited, and Stephen Dale Mathers.  The Court finds the motion should be granted.  Accordingly,

IT IS ORDERED that said motion is granted.  Thomas A. Grennan and Elizabeth M. Callaghan from the law firm of Gross & Welch, P.C., L.L.O., shall be removed from the electronic notice list.

DATED this 1st day of August, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court