IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
ADAMS LAND & CATTLE CO.,       )
                               )
            Plaintiff,         )         8:06CV486
                               )
      v.                       )
                               )
THE HARTFORD FIRE INSURANCE    )         ORDER
COMPANY,                       )
                               )
            Defendant.         )
_____)
```

This matter is before the Court on the stipulation of the parties to extend expert report filing deadline (Filing No. 167). The Court finds the stipulation should be adopted. Accordingly,

IT IS ORDERED that said stipulation is approved and adopted. The progression order is amended to include the deadlines concerning expert reports as set forth therein.

DATED this 9th day of November, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court