IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ADAMS LAND & CATTLE CO., | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CV486 |
| | ) | |
| v. | ) | |
| | ) | |
| THE HARTFORD FIRE INSURANCE | ) | ORDER |
| COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on defendant's motion for extension of time to file reply brief to plaintiff's opposition to defendant's motion to compel (Filing No. 180).  The Court finds the motion should be adopted.  Accordingly,

IT IS ORDERED that said motion is granted; defendant shall have until November 29, 2007, to file a reply brief to plaintiff's opposition to defendant's motion to compel.

DATED this 27th day of November, 2007.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court