IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
ADAMS LAND & CATTLE CO.,         )
                                 )
              Plaintiff,         )          8:06CV486
                                 )
         v.                      )
                                 )
THE HARTFORD FIRE INSURANCE      )          ORDER
COMPANY,                         )
                                 )
              Defendant.         )
_____)
```

This matter is before the Court on the motion to compel (Filing No. 98), motion for protective order and amended motion for protective order (Filing Nos. 139 and 147), motion to compel (Filing No. 153), motion to compel (Filing No. 157), and motion to extend progression deadlines (Filing No. 183).

IT IS ORDERED that a hearing on said motions is scheduled for:

**Thursday, December 13, 2007, at 9 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 10th day of December, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court