IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ADAMS LAND & CATTLE CO., | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CV486 |
| | ) | |
| v. | ) | |
| | ) | |
| THE HARTFORD FIRE INSURANCE COMPANY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on plaintiff's motion for a protective order (Filing No. 139) and plaintiff's motion to compel (Filing No. 157). After reviewing the motions and hearing counsels' arguments, the Court finds the motion for a protective order should be denied as moot and the motion to compel should be denied as moot without prejudice. Accordingly

IT IS ORDERED:

1) Plaintiff's motion for a protective order (Filing No. 139) is denied as moot; and

2) Plaintiff's motion to compel (Filing No. 157) is denied without prejudice.

DATED this 13th day of December, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court