IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | |
|---|---|
| ADAMS LAND & CATTLE CO., ) | |
| ) | |
| Plaintiff, ) | 8:06CV486 |
| ) | |
| v. ) | |
| ) | |
| THE HARTFORD FIRE INSURANCE ) | ORDER |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

This matter is before the Court on plaintiff's motion for extension of time to file briefs in opposition to defendant's motions in limine (Filing No. 220).  The Court finds the briefs have been filed and the motion is moot.  Accordingly,

IT IS ORDERED that said motion is denied as moot.

DATED this 3rd day of January, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court