IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ADAMS LAND & CATTLE CO., | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CV486 |
| | ) | |
| v. | ) | |
| | ) | |
| THE HARTFORD FIRE INSURANCE COMPANY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion for extension of time in which to file reply briefs in response to plaintiff's briefs in opposition to Hartford's motions in limine (Filing No. 237). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that said motion is granted; defendant shall have until January 18, 2008, to file its replies to plaintiff's briefs in opposition to Hartford's motions in limine.

DATED this 14th day of January, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court