IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
ADAMS LAND & CATTLE CO.,         )
                                 )
           Plaintiff,            )       8:06CV486
                                 )
     v.                          )
                                 )
THE HARTFORD FIRE INSURANCE      )       ORDER
COMPANY,                         )
                                 )
           Defendant.            )
_____)
```

      This matter is before the Court on the motion for leave to file supplemental evidence in opposition to plaintiff's motion to compel (Filing No. 129), and stipulation regarding plaintiff's intent to file an amended motion for protective order and defendant's obligation to respond to plaintiff's motion for protective order (Filing No. 146).  The Court finds these matters are moot.  Accordingly,

      IT IS ORDERED that the motion for leave to file supplemental evidence and the stipulation regarding plaintiff's intend to file an amended motion are denied as moot.

      DATED this 18th day of January, 2008.

                              BY THE COURT:

                              /s/ Lyle E. Strom
                              _____
                              LYLE E. STROM, Senior Judge
                              United States District Court