IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
ADAMS LAND & CATTLE CO.,        )
                                )
              Plaintiff,        )       8:06CV486
                                )
         v.                     )
                                )
THE HARTFORD FIRE INSURANCE     )       ORDER
COMPANY,                        )
                                )
              Defendant.        )
_____ )
```

This matter is before the Court on defendant's motion for extension of time in which to file a brief in opposition to plaintiff's motion for partial summary judgment (Filing No. 263). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that said motion is granted; defendant shall have until February 20, 2008, to file its brief in opposition to plaintiff's motion for partial summary judgment.

DATED this 4th day of February, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court