```
           IN THE UNITED STATES DISTRICT COURT FOR THE

                       DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| ADAMS LAND & CATTLE CO., | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CV486 |
| | ) | |
| v. | ) | |
| | ) | |
| THE HARTFORD FIRE INSURANCE | ) | ORDER |
| COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on plaintiff's motion to compel (Filing No. 98) as it relates to the documents listed in Exhibit B. The Court has previously entered an order with respect to the documents listed in Exhibit A (Filing No. 252). Having reviewed the motion, the parties' briefs and evidentiary submissions, and the applicable law, and having heard counsels' arguments, the Court finds plaintiff's motion to compel production of the documents in Exhibit B should be granted.

IT IS ORDERED that plaintiff's motion to compel production of the documents listed in Exhibit B is granted. These documents shall be produced within 10 days of the date of this order.

DATED this 4th day of February, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court