IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
ADAMS LAND & CATTLE CO.,       )
                               )
          Plaintiff,           )        8:06CV486
                               )
     v.                        )
                               )
THE HARTFORD FIRE INSURANCE    )        ORDER
COMPANY,                       )
                               )
          Defendant.           )
_____)
```

This matter is before the Court on defendant's motion for leave to file limited sur-reply brief in opposition to plaintiff's motion for summary judgment (Filing No. 286). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that said motion is granted; defendant's sur-reply brief is deemed submitted.

DATED this 18th day of March, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court