IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ADAMS LAND & CATTLE CO., | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CV486 |
| | ) | |
| v. | ) | |
| | ) | |
| THE HARTFORD FIRE INSURANCE COMPANY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion for extension of time in which to file a reply brief in support of defendant's motion in limine regarding Calvin W. Booker, DVM, and Paul S. Morley, DVM, PhD, DACVIM (Filing No. 320). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that said motion is granted; defendant shall have until May 14, 2008, to file its reply brief in support of its motion in limine.

DATED this 13th day of May, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court