IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
ADAMS LAND & CATTLE CO.,           )
                                   )
            Plaintiff,             )     8:06CV486
                                   )
      v.                           )
                                   )
THE HARTFORD FIRE INSURANCE        )     ORDER
COMPANY,                           )
                                   )
            Defendant.             )
_____)
```

This matter is before the Court on the stipulations, consents and agreements of the parties (Filing Nos. 278, 298, 315 and 316). The Court finds the stipulations should be approved and adopted. Accordingly,

IT IS ORDERED that stipulations, consents and agreements of the parties are approved and adopted. The parties are bound by their agreements concerning witnesses and testimony in the trial of this action.

DATED this 28th day of May, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court