IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
ADAMS LAND & CATTLE CO.,       )
                               )
          Plaintiff,           )          8:06CV486
                               )
     v.                        )
                               )
THE HARTFORD FIRE INSURANCE    )          ORDER
COMPANY,                       )
                               )
          Defendant.           )
_____)
```

This matter is before the Court on defendant's motion for extension of time to file reply brief in support of defendant's motion for partial summary judgment and a brief in opposition to plaintiff's motion in limine (Filing No. 324). The Court notes the briefs have been filed and the motion should be denied as moot. Accordingly,

IT IS ORDERED that said motion is denied as moot.

DATED this 29th day of May, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court