IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
ADAMS LAND & CATTLE CO.,       )
                               )
            Plaintiff,         )      8:06CV486
                               )
      v.                       )
                               )
THE HARTFORD FIRE INSURANCE    )      ORDER
COMPANY,                       )
                               )
            Defendant.         )
_____)
```

This matter is before the Court on plaintiff's motion for extension of time to file trial brief and jury instructions (Filing No. 333). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that said motion is granted. The parties shall have until May 30, 2008, to file their trial briefs and jury instructions.

DATED this 30th day of May, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court